# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00548-CR

**Eduardo Mora-Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
### NO. D-1-DC-12-301539, HONORABLE JIM CORONADO, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

In the above cause, the State's brief was originally due on September 3, 2014, and the State has been granted two extensions, for a total of 60 days. The State has now filed a third motion for extension of time, seeking an additional 30 days to file the brief, which would make the brief due on December 3, 2014. We grant the motion, extending the deadline to the following Monday, December 8, 2014. No further extensions will be granted.

It is ordered November 14, 2014.

Before Justices Puryear, Pemberton, and Field

Do Not Publish